# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-50850
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
April 3, 2025

Lyle W. Cayce
Clerk

Anthony Robert Trejo,

*Plaintiff—Appellant*,

*versus*

United States; Greg Abbott, *Governor of the State of Texas*;
Bexar County; Sheriff Javier Salazar, *Bexar County*;
Attorney General; Gang Intelligence; Attorney Kyle
Jordan Ernst; District Attorney John and Jane Doe;
Judge Rangel, *379th Judicial District Judge*; Classification John
and Jane Does, *Bexar County Adult Detention Center*; FBI and OIG
John and Jane Doe Agents; Chief, Captain, Lieutenants
Sergeants John Does, *Bexar County Adult Detention Center*,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-885

———————————————————————

Before Smith, Graves, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50850

Anthony Robert Trejo, a pretrial detainee in the Bexar County Adult Detention Center, filed a civil rights complaint against numerous defendants alleging that they violated his constitutional rights. The district court entered a show cause order directing Trejo to file an amended complaint. Trejo appealed, and he has filed a motion seeking to proceed in forma pauperis (IFP) on appeal.

We must examine the basis of our jurisdiction, sua sponte if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). Federal courts of appeal have jurisdiction to consider appeals from all final decisions of the district courts. 28 U.S.C. § 1291. The show cause order is not appealable. *See Briargrove Shopping Ctr. Joint Venture v. Pilgrim Enters., Inc.*, 170 F.3d 536, 538 (5th Cir. 1999).

Accordingly, the appeal is DISMISSED for lack of jurisdiction, and Trejo's IFP motion is DENIED.